UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, *on behalf of herself and all others similarly situated*,

                      Plaintiffs,

-against-

BBS BEAUTY SYSTEMS, INC,

                      Defendant.

22-CV-4944 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff filed a notice of voluntary dismissal on September 18, 2023, which was marked as deficient. ECF No. 12. Plaintiff is hereby ORDERED to comply with the September 19th directions for refiling **by October 13, 2023.**

    SO ORDERED.

Dated: October 10, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge