UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY, *on behalf of herself and all others similarly situated*,

                        Plaintiffs,

-against-

BBS BEAUTY SYSTEMS, INC,

                        Defendant.

22-CV-4944 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On September 19, 2023, the Clerk's Office notified plaintiff's counsel that its notice of voluntary dismissal was deficient. On October 10, 2023, this Court ordered plaintiff's counsel to correct the deficiency. Plaintiff's counsel has failed to do so. Plaintiff's counsel is hereby ORDERED to correct the deficiency at Dkt. 12 **by October 25, 2023**. If plaintiff's counsel fails to do so, **this case will be dismissed for failure to prosecute.**

    SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge